**ALPHA DISTRIBUTING COMPANY OF CALIFORNIA, INC., Plaintiff-Appellant,**

v.

**JACK DANIEL DISTILLERY et al., Defendants-Appellees.**

**No. 72-2776.**

United States Court of Appeals, Ninth Circuit.

April 12, 1974.

Rehearing Denied May 31, 1974.

J. Albert Hutchison, San Francisco, Cal. (argued), for plaintiff-appellant.

Arthur B. Dunne, San Francisco, Cal. (argued), for defendants-appellees.

Before CHAMBERS, MOORE,* and ELY, Circuit Judges.

PER CURIAM:

The court previously remanded the case to make findings on specific issues. See Alpha Distributing Company of California, Inc., v. Jack Daniel Distillery, Lem Motlow Prop., Inc., 9 Cir., 454 F.2d 442 (1972).

No further evidence was offered.

---

* The Honorable Leonard P. Moore, United States Circuit Judge for the Second Circuit, sitting by designation.

While it is a matter of opinion, it is our opinion that the district court did make the findings directed to be made.

Finding no error, we affirm.